IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. BRIAN TODD STEELMAN<br><br>Plaintiff,<br><br>v.<br><br>TETRA TECH FW, INC.,<br><br>Defendant. | )<br>)<br>)  CV-04-P-2615-NE<br>)<br>)<br>)<br>)  FILED UNDER SEAL AND EX PARTE<br>)<br>)<br>) |

### UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, 31 U.S.C. § 3730(b)(1) allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting."

Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to counsel for the United States. The United States reserves its right to order any deposition transcripts and to intervene in this

action, for good cause, at a later date.

Finally, the United States requests that only the complaint, this notice, and the Court's Order Unsealing Case be unsealed and served upon the defendant. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason, oppositions filed by the United States in response to the relator's motions, reply briefs, memoranda, and supporting documents) should remain under seal and not be made public or served upon the defendant.

Respectfully submitted this the 28th day of January, 2005.

ALICE H. MARTIN
United States Attorney

LLOYD C. PEEPLES, III
Assistant United States Attorney
1801 Fourth Avenue North
Birmingham, AL 35203
(205) 244-2001

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by first class, United States mail, postage prepaid on this the 28th day of January, 2005, as follows:

J. Keith Carder
Attorney at Law
2018 Morris Avenue
Birmingham, Alabama 35203

*/s/ Lloyd C. Peeples*
LLOYD C. PEEPLES, III
Assistant United States Attorney